# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Sutton,<br><br>    Plaintiff,<br><br>v.<br><br>Southwest Stage Funding LLC,<br><br>    Defendant. | No. CV-25-00250-PHX-SHD (Lead)<br><br>**ORDER** |
| Leon Sutton,<br><br>    Plaintiff,<br><br>v.<br><br>Southwest Stage Funding LLC,<br><br>    Defendant. | No. CV-25-00251-PHX-SHD (Cons.)<br><br>**ORDER** |
| Clayton Flores,<br><br>    Plaintiff,<br><br>v.<br><br>Southwest Stage Funding LLC,<br><br>    Defendant. | No. CV-25-00645-PHX-SHD (Cons.)<br><br>**ORDER** |

     **IT IS ORDERED** vacating the Order at Doc. 34 and re-opening *Sutton v. Southwest Stage Funding, LLC, d/b/a Cascade Financial Services*, Case No. CV-25-00250-PHX-SHD ("Case No. CV-25-00250").

     **IT IS FURTHER ORDERED** dismissing Case No. CV-25-00250 and *Sutton v. Southwest Stage Funding, LLC d/b/a Cascade Financial Services*, Case No. CV-25-00251-PHX-SHD ("Case No. CV-25-00251") without prejudice, based on Plaintiffs Crystal and Leon Sutton's Notice of Voluntary Dismissal, (Doc. 33 in Case No. CV-25-00250). The Clerk of the Court shall close Case Nos. CV-25-00250 and CV-25-00251.

     **IT IS FURTHER ORDERED** dismissing *Flores v. Southwest Stage Funding, LLC, d/b/a Cascade Financial Services*, Case No. CV-25-00645-PHX-SHD ("Case No. CV-25-00645") with prejudice, based on Plaintiff Clayton Flores's Notice of Voluntary Dismissal, (Doc. 36 in Case No. CV-25-00250). The Clerk of the Court shall close Case No. CV-25-00645.

     **IT IS FURTHER ORDERED** affirming that the Status Conference set for October 15, 2025, is vacated (Doc. 35 in Case No. CV-25-00250).

     Dated this 14th day of October.

Honorable Sharad H. Desai
United States District Judge